

Denise G. Oberg
2779 W. Gordon Ave.
Layton, UT 84041

denisegoberg@gmail.com
385-310-8400

March 6, 2024

Honorable Ted Stewart, U.S. District Judge
utdecf_stewart@utd.uscourts.gov

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 13 2024

GARY P. SERDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

Re: Case Number DUTX2:19cr00164-002 TX

Dear Judge Stewart,

On September 10, 2020, you sentenced me to 18 months in federal prison and thirty-six months of supervised release for perceived cooperation and support of my ex-husband, Gaylen Rust in a Ponzi scheme. I pled to money laundering.

I served my time in Dublin Federal Correctional Institution and have since served 26 months of supervised release.

The website for the United States Probation and Pretrial Services - District of Utah https://www.utp.uscourts.gov/faq/Post-Conviction%20Supervision states that

*"A Probation Officer will submit an annual report to the Commission about a parolee's adjustment in the community. After reviewing the report including any recommendations, the Commission may decide to terminate parolee supervision early. By law, the Commission must consider a case after the second year in the community (not counting any time spent in confinement since release), and every year thereafter."*

I am past that second year in the community. I have served over 2/3 of my supervised release time.

I have complied with all of the terms of my probation.

I have no new arrests or criminal charges.

I have paid all fines, fees, court costs and restitution that were imposed by the court. I have paid $200 per month every month since I left Dublin. I continued to pay restitution even during the five months when I was unemployed. I expect to make those payments for the rest of my life.

I have not committed any probation violations. Casey Franson, my parole officer, can verify that for you.

I have submitted my supervision report every month since my release, before the fifth of the month, with current information regarding my employment or lack thereof, and all of my financial records.

I have not incurred any credit charges or opened any lines of credit.

I have provided the probation office complete access to all of my personal financial information, my employer, and my home.

I have submitted all money received from tax returns and insurance refunds to the clerk of the court for application to restitution.

As requested by Casey Franson, my probation officer, I submitted a complete "Financial Statement of Debtor" six weeks ago.

While in prison I believe I contributed to the well-being of the women who were serving there with me. I had a job in the kitchen. I taught Bible study. I led a choir and taught piano lessons to three women. I taught a course in music theory to about 20 women which ran for several months. I was released from Dublin a few months early due to my age and good behavior.

Then I spent 6 weeks in a halfway house in Salt Lake City. I had a full-time job at Parker Muscle and Sports Clinic as office manager before I left the halfway house.

I worked for Dr. Parker for 18 months before business dropped substantially and he needed to lay me off. That happened on June 16, 2023. I searched consistently for a new job, receiving unemployment benefits while I looked. It took longer than I anticipated to find work. The jobs that I was most qualified for were not able to consider me due to my record.

I started a new job on November 16, 2023, with 3C Business Solutions in Kaysville. I love working there. They appreciate my work ethic and the things I can do for them.

Just over a year ago I reconnected with a good friend from high school. We were married last October. He has a home and is employed as a sheriff for Ada County in Boise, Idaho. That is the main reason I am asking for early termination. It would be a great benefit for us to live together in Boise, but because of my probation I can't leave the state for any extended period of time. The 4.5 hours of travel between Layton and Boise is a hardship, especially during bad weather. Currently we see each other about once a month, usually while we are caring for our elderly mothers in Idaho Falls.

The website for the United States Probation and Pretrial Services states that "*the purpose of parole is to ensure compliance with the conditions of supervision imposed at sentencing, facilitate treatment, and protect the community from risks, both physical and financial, as well as many other significant contributions to the community.*"

I assure you that I am not in any way a risk to the community. I believe that anyone who knows me personally would say, rather, that I am an asset. Certainly, my employers would agree. I serve consistently in my church. I sing in an interdenominational choir. I lift those around me whenever I can.

I believe I have filled the obligations of my sentence and that I should be eligible for early termination of my parole. I respectfully request that you grant that request and that I may be allowed to move forward with a new life with my husband.

Sincerely,

*Denise G. Oberg*

Denise G. Oberg