Denise Oberg
2779 W Gordon
Layton UT 84041

**CERTIFIED MAIL**

9589 0710 5270 0668 2246 30

Retail



84101

RDC 99

U.S. POSTAGE PAID
FCM LETTER
KAYSVILLE, UT 84037
MAR 07, 2024

**$5.08**

R2304M110295-05

Ted Stewart, US District Judge
US District Court
351 South West Temple Rm 1.100
Salt Lake City UT 84101

84101\$1948 C002

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE