PROB 35                                             Report and Order Terminating
Probation Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF UTAH

UNITED STATES OF AMERICA

        v.                                      Docket Number: 2:19CR00164-002-TS

Denise Gunderson Rust

On January 12, 2022, the above-named defendant commenced her ordered supervised release for a period of 36 months. The defendant has complied with the rules of regulations of supervised release and is no longer in need of supervision. Accordingly, it is recommended the defendant be discharged from supervision.

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this ____28th____ day of ____May____, 2024.

                                                           _____
                                                           Honorable Ted Stewart
                                                           Senior United States District Judge