UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Person Under Supervision

Name of Person: **Denise Gunderson Rust**     Docket Number: **2:19CR00164-002-TS**

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
**Senior U.S. District Judge**

Date of Original Sentence: **September 8, 2020**

Original Offense:   **Money Laundering**

Original Sentence:   **18 Months Bureau of Prisons Custody/ 36 Months Supervised Release**

Type of Supervision: **Supervised Release**     Current Supervision Began: **February 13, 2023**

## SUPERVISION SUMMARY

Pursuant to the Motion for Early Termination of Supervise Release filed by Ms. Rust on March 13, 2024, the following is submitted for the Court's consideration. The regularly scheduled supervision expiration date is January 11, 2025.

The Guide to Judiciary Policy, Volume 8, Part E, Chapter 3, Section 360.20, sets forth general criteria in six categories for assessing whether a statutorily eligible defendant should be recommended to the Court as an appropriate candidate for early termination. The defendant appears to meet all six areas of general criteria for assessing early termination.

1. The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
2. The person presents no identified risk of harm to the public or victims;
3. The person is free from any court-reported violations over a 12-month period;
4. The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
5. The person is in substantial compliance with all conditions of supervision; and
6. The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Ms. Rust has made positive adjustments to supervision. She has maintained stable housing and employment throughout her supervision and has been cooperative and responsive to Probation, reporting each month as requested. She has had no known instances of non-compliance and no new arrests. At the time of sentencing, Ms. Rust and her codefendants were ordered $1,774,356.93 joint and several restitution. There is a balance of $1,763,137.30 in restitution, and Ms. Rust has entered into a Stipulated Payment Agreement with the AUSA, Financial Litigation Unit, agreeing to make payments of $200 per month. The ordered $100 Special Assessment Fee has been satisfied. Ms. Rust is viewed as a low risk to reoffend.

On May 1, 2024, Assistant United Stated Attorney, Jacob Strain filed a response to the Motion for Early Termination of Supervision with the Court. Per the response, AUSA Strain indicates the United States has no objection to the early termination request.

Based on the above information, Probation supports the early termination request at this time and respectfully defers to the decision of the Court. If the Court is inclined to grant the request, the appropriate form is attached for signature.

If the Court desires more information or another course of action, please contact me at 801-535-2729.

I declare under penalty of perjury that the foregoing is true and correct.

_Casey Hardy Franson_
by Casey Hardy Franson
U.S. Probation Administrative Assistant
May 24, 2024

---

**THE COURT:**

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

_/s/ Stewart_
Honorable Ted Stewart
Senior United States District Judge

Date: 5/28/2024